# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

CRISPIN RAMIREZ, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2009

———————————————

October 1, 2025

Appeal from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and BLACK, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.